IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01907-RBJ

HARBINGER CAPITAL PARTNERS LLC,
HGW US HOLDING COMPANY LP,
BLUE LINE DZM CORP., and
HARBINGER CAPITAL PARTNERS SP, INC.,

    Plaintiffs,

v.

CHARLES W. ERGEN,
DISH NETWORK CORPORATION,
L-BAND ACQUISITION LLC,
SP SPECIAL OPPORTUNITIES HOLDING LLC,
SOUND POINT CAPITAL MANAGEMENT LP, and
STEPHEN KETCHUM,

    Defendants.

## ORDER OF RECUSAL

Defendant Charles W. Ergen is a neighbor and a member of my country club. Therefore, I disqualify myself from further participation in the case and ask that it be reassigned to another judge.

DATED this 10th day of July, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge