**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-1907-WJM-KMT

HARBINGER CAPITAL PARTNERS LLC,
HGW US HOLDING COMPANY LP,
BLUE LINE DZM CORP., and
HARBINGER CAPITAL PARTNERS SP, INC.,

    Plaintiffs,

v.

CHARLES W. ERGEN,
DISH NETWORK CORPORATION,
L-BAND ACQUISITION LLC,
SP SPECIAL OPPORTUNITIES LLC,
SOUND POINT CAPITAL MANAGEMENT LP, and
STEPHEN KETCHUM,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case and the Order Granting Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on April 28, 2015,

    IT IS ORDERED that Defendants' Motion to Dismiss the Complaint (ECF No. 39) is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered for Defendants and against the Plaintiffs, and the action and complaint are DISMISSED WITHOUT PREJUDICE to Harbinger re-filing its claims in an appropriate forum.

    IT IS FURTHER ORDERED that the parties shall bear its/their own costs.

Dated at Denver, Colorado this 27th day of May 2015.

| APPROVED: | FOR THE COURT: |
|---|---|
| | JEFFREY P. COLWELL, CLERK |
| _____ | ___s/Deborah Hansen___ |
| Judge William J. Martínez | Deborah Hansen, Deputy Clerk |