**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

FILED
United States Court of Appeals
Tenth Circuit

July 27, 2015

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS LLC; HGW US HOLDING COMPANY LP; BLUE LINE DZM CORP.; HARBINGER CAPITAL PARTNERS SP, INC., <br><br> Plaintiffs - Appellants <br><br> v. <br><br> CHARLES W. ERGEN; DISH NETWORK CORPORATION; L-BAND ACQUISITION LLC; SP SPECIAL OPPORTUNITIES LLC; SPECIAL OPPORTUNITIES HOLDINGS LLC; SOUND POINT CAPITAL MANAGEMENT LP; STEPHEN KETCHUM, <br><br> Defendants - Appellees | No. 15-1183 <br> (D.C. No. 1:14-CV-01907-WJM-KMT) |

_____

**ORDER**
_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk