**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 27, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Charles E. Bachman
O'Melveny & Myers
7 Times Square
New York, NY 10036

Mr. Dana B. Baggs
Lowe, Fell & Skogg
1099 18th Street, Suite 2950
Denver, CO 80202

Mr. Michael J. Bowe
Kasowitz, Benson, Torres & Friedman
1633 Broadway
21st Floor
New York, NY 10019-0000

Mr. Paul J. Burgo
Kasowitz, Benson, Torres & Friedman
1633 Broadway
21st Floor
New York, NY 10019-0000

Mr. Alexander L. Cheney
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-0000

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. James C. Dugan

Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-0000

Mr. Brian T. Frawley
Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498

Mr. David M. Friedman
Kasowitz, Benson, Torres & Friedman
1633 Broadway
21st Floor
New York, NY 10019-0000

Mr. Peter Friedman
O'Melveny & Myers
1625 Eye Street, NW
Washington, DC 20006

Mr. Brian D. Glueckstein
Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498

Mr. Hugh Quan Gottschalk
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Mr. Michael David Hoke
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Mr. LaMar Fredrick Jost
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Mr. Marc Kasowitz
Kasowitz, Benson, Torres & Friedman
1633 Broadway
21st Floor
New York, NY 10019-0000

Mr. Jason Lynch
Reilly Pozner
1900 16th Street, Suite 1700
Denver, CO 80202

Mr. John V. McDermott
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Ms. Christine A. Montenegro
Kasowitz, Benson, Torres & Friedman
1633 Broadway
21st Floor
New York, NY 10019-0000

Mr. Tariq Mundiya
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-0000

Mr. Norman Ostrove
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-0000

Mr. Daniel M. Reilly
Reilly Pozner
1900 16th Street, Suite 1700
Denver, CO 80202

Mr. Kenneth Skogg
Lowe, Fell & Skogg
1099 18th Street, Suite 2950
Denver, CO 80202

Mr. Kenneth Edward Stalzer
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Ms. Rachel C. Strickland
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-0000

**RE:**    **15-1183, Harbinger Capital Partners, et al v. Ergen, et al**
       Dist/Ag docket: 1:14-CV-01907-WJM-KMT

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                                   Sincerely,

                                   Elisabeth A. Shumaker
                                   Clerk of the Court

EAS/sds